UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENNIS G. CHURCH,

    Plaintiff,

v.                          Case No: 2:19-cv-83-FtM-29UAM

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for the WAMU Mortgage Pass-Through Certificates Series 2004-AR 13 and SELECT PORTFOLIO SERVICING, INC.,

    Defendants.

---

**ORDER**

This matter comes before the Court on review of the file. On March 29, 2019, defendants filed a Motion to Dismiss (Doc. #13). Because plaintiff filed a First Amended Complaint (Doc. #15) on April 3, 2019, defendants' motion to dismiss (Doc. #15) is denied as moot.

Accordingly, it is hereby

**ORDERED:**

Defendants' Motion to Dismiss (Doc. #13) is **DENIED as moot.**

**DONE and ORDERED** at Fort Myers, Florida, this   13th   day of June, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record